IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CYNTHIA MENJIVAR | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 1:21-CV-00453 (TSE-TCB) |
| AETNA LIFE INSURANCE COMPANY, | ) |
|     Defendant. | ) |

## PLAINTIFF'S MOTION FOR JUDGMENT ON THE RECORD

The Plaintiff hereby moves for Judgment on the Record and files her supporting memorandum.

Respectfully submitted,

*Cynthia Menjivar*
By Counsel

/s/ *Benjamin W. Glass, III*
Benjamin W. Glass, III, (VSB No. 23152)
Benjamin W. Glass, III & Associates, P.C.
3998 Fair Ridge Drive, Suite 250
Fairfax, Virginia 22033
Telephone: (703) 591-9829
Facsimile: (703) 783-0686
ben@benglasslaw.com
    *Counsel for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2022, I will electronically file the above referenced document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Laura D. Windsor
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com
    *Counsel for Defendant*

    /s/ Benjamin W. Glass, III
Benjamin W. Glass, III, Esq. (VSB No. 23152)
Benjamin W. Glass & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
(703) 591-9829
Ben@BenGlassLaw.com
    *Counsel for Plaintiff*