IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CYNTHIA MENJIVAR )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AETNA LIFE INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 1:21-CV-00453 (TSE-TCB) |

**[PROPOSED] ORDER**

This matter comes before the Court on the parties' cross motions for judgment on the record.

For the reasons stated in open court on February 18, 2022, plaintiff's motion for judgment on the record [Dkt. No.___] is GRANTED; defendant's cross-motion for summary judgment [Dkt. No.___] is DENIED; and it is hereby ORDERED that the parties meet and confer to try to work out the attorney's fees and litigation costs to be awarded.

If they are unable to resolve the issues, they must within fourteen (14) days submit a proposed briefing schedule; and it is further ORDERED that once the attorney's fees and costs issues are resolved, plaintiff submit a proposed Judgment Order, reflecting the full amount of the Judgment sought. Defendant must file any objection to the amount in the proposed Judgment Order within seven (7) days of the date it is filed. The Clerk is directed to send a copy of this Order to all counsel of record.

_____
T.S. Ellis
United States District Judge

Alexandria, Virginia
February 18, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2022, I will electronically file the above referenced document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Laura D. Windsor
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com
    *Counsel for Defendant*

    /s/ Benjamin W. Glass, III
Benjamin W. Glass, III, Esq. (VSB No. 23152)
Benjamin W. Glass & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
(703) 591-9829
Ben@BenGlassLaw.com
    *Counsel for Plaintiff*