**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **CYNTHIA MENJIVAR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:21-cv-00453 (TSE) |
| | ) |
| **AETNA LIFE INSURANCE COMPANY** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Aetna Life Insurance Company ("Aetna"), by counsel, and pursuant to Fed. R. Civ. P. 56 and L.R. Civ. P. 56, moves this Court for summary judgment on all counts against it in the Complaint and requests that it be awarded its fees and costs.

The grounds for granting Aetna's motion are more fully set forth in the accompanying memorandum.

    Respectfully submitted,

    AETNA LIFE INSURANCE COMPANY

    By: _/s/ Laura D. Windsor_
        Laura D. Windsor
        Virginia State Bar No. 70354
        Counsel for Defendant
        WILLIAMS MULLEN
        200 South 10th Street, Suite 1600
        Richmond, Virginia 23219
        Telephone: (804) 420-6466
        Facsimile: (804) 420-6507
        lwindsor@williamsmullen.com

Matthew T. Anderson
Virginia State Bar No. 86322
Counsel for Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6289
Facsimile: (804) 420-6507
manderson@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January 2022, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Benjamin W. Glass, III
>Benjamin W. Glass, III & Associates, P.C.
>3998 Fair Ridge Dr., Suite 250
>Fairfax, VA 22033

By:   /s/ *Laura D. Windsor*
      Laura D. Windsor
      Virginia State Bar No. 70354
      Counsel for Defendant
      WILLIAMS MULLEN
      200 South 10th Street, Suite 1600
      Richmond, Virginia 23219
      Telephone: (804) 420-6466
      Facsimile: (804) 420-6507
      lwindsor@williamsmullen.com