IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| CYNTHIA MENJIVAR | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:21-CV-00453 (TSE-TCB) |
| AETNA LIFE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

## Joint Notice of Settlement

The parties advise the Court that they have reached a settlement of this matter and are in the process of circulating release and settlement documents and expect to have a Stipulation of Dismissal to the Court shortly.

The parties also respectfully request that the Status Conference scheduled for Friday, March 4, 2022 at 10 AM be removed from the docket.

WE ASK FOR THIS:

/s/ Benjamin W. Glass, III
Benjamin W. Glass, III, (VSB No. 23152)
Benjamin W. Glass, III & Associates, P.C.
3998 Fair Ridge Drive, Suite 250
Fairfax, Virginia 22033
Telephone: (703) 591-9829 | Facsimile: (703) 783-0686
ben@benglasslaw.com
    *Counsel for Plaintiff*

SEEN AND AGREED TO:

Laura D. Windsor
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6466 | Facsimile: (804) 420-6507
lwindsor@williamsmullen.com
    *Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2022, I will electronically file the above referenced document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Laura D. Windsor
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com

Matthew Traynham Anderson
Williams Mullen
200 South 10th Street
Ste 1600
Richmond, VA 23219
804-420-6298
Email: manderson@williamsmullen.com
*Counsel for Defendant*

                                      */s/ Benjamin W. Glass, III*
                                      Benjamin W. Glass, III, Esq. (VSB No. 23152)
                                      Benjamin W. Glass & Assoc., PC
                                      3998 Fair Ridge Drive, #250
                                      Fairfax, VA 22033
                                      (703) 591-9829
                                      Ben@BenGlassLaw.com
                                                   *Counsel for Plaintiff*